UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BURKE, SEAN<br>BURKE, NIKOLE<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 09-70027 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MEGAN G. HEEG_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30 on 12/28/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/02/2009          By: /s/MEGAN G. HEEG
                                         Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BURKE, SEAN | § | Case No. 09-70027 |
| BURKE, NIKOLE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $  15,855.50 |
| and approved disbursements of | $  0.00 |
| leaving a balance on hand of [1] | $  15,855.50 |

Claims of secured creditors will be paid as follows:

Claimant                                      Proposed Payment
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $  2,335.55 | $ |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $  450.00 | $  106.41 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

Reason/Applicant                    Fees                Expenses

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,669.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | $ 7,571.07 | $ 1,429.29 |
| 3 | American Express Centurion Bank | $ 17,810.97 | $ 3,362.38 |
| 4 | American Express Centurion Bank | $ 33,639.61 | $ 6,350.53 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,190.12 | $ 791.02 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,264.61 | $ 616.30 |
| 7 | Florida Power & Light Co | $ 1,535.24 | $ 289.82 |
| 8 | Recovery Management Systems Corporation | $ 657.93 | $ 124.20 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                               *Allowed Amt. of Claim   Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                               *Allowed Amt. of Claim   Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1                   Date Rcvd: Dec 07, 2009
Case: 09-70027                 Form ID: pdf006              Total Noticed: 22

The following entities were noticed by first class mail on Dec 09, 2009.
db/jdb        +Sean Burke,   Nikole Burke,   1900 Andover Lane,   Crystal Lake, IL 60014-2971
aty           +Scott R Clar,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Suite 3705,
                Chicago, IL 60603-4101
13020739       American Express,   Box 0001,   Los Angeles, CA 90096-0001
13882629       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13020740       Bank of America,   P.O. Box 15727,   Wilmington, DE 19886-5726
13020741       Citibank Aadvantage,   P.O. Box 183037,   Columbus, OH 43218-3037
13020742      +City of Sarasota,   PO Box 31656,   Tampa, FL 33631-3656
13994936       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
13020743     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Mortgage,   P.O. Box 630778,   Cincinnati, OH 45263-0778)
13020744      +Florida Power & Light,   PO Box 025576,   Miami, FL 33102-5576
13020745       Ford Motor,   P.O. Box 790093,   Saint Louis, MO 63179-0093
13061446      +Ford Motor Credit Company LLC,   PO Box 537901,   Livonia MI 48153-7901
13020746      +Karrie's Personal Plant Service,   1003 65th St NW,   Bradenton, FL 34209-1322
13020747       Martin and Laura Burke,   685 E. Green Bay Road,   Lake Forest, IL 60045
13677551       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
13020750      +Sarasota County Tax Collector,   101 S. Washington Blvd.,   Sarasota, FL 34236-6993
13020751       U.S. Bank Home Mortgage,   P.O. Box 790415,   Saint Louis, MO 63179-0415

The following entities were noticed by electronic transmission on Dec 07, 2009.
tr            +E-mail/Text: KATHY@EGBBL.COM                                 Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
14020477      +E-mail/Text: Bankruptcy@fpl.com                                 Florida Power & Light Co,   POB 025209,
                Miami, FL 33102-5209
13020748       E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 00:12:54    Old Navy,   P.O. Box 530942,
                Atlanta, GA 30353-0942
14039275      +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2009 00:12:54
                Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13020749       E-mail/PDF: mtg.bankruptcy@regions.com Dec 08 2009 00:10:08    Regions Mortgage,
                P.O. Box 2153, Dept. 2520,   Birmingham, AL 35287-2520
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2009**          **Signature:** _Joseph Speetjens_