# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: BURKE, SEAN<br>BURKE, NIKOLE<br><br>Debtor(s) | § Case No. 09-70027<br>§<br>§<br>§ |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,505,032.86 | Assets Exempt: $425,517.86 |
| Total Distribution to Claimants: $12,964.43 | Claims Discharged Without Payment: $557,133.54 |
| Total Expenses of Administration: $2,891.96 | |

3) Total gross receipts of $ 15,856.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,856.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,891.96 | 2,891.96 | 2,891.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 566,786.09 | 110,945.55 | 68,669.55 | 12,964.43 |
| TOTAL DISBURSEMENTS | $566,786.09 | $113,837.51 | $71,561.51 | $15,856.39 |

4) This case was originally filed under Chapter 7 on January 06, 2009. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2010          By: /s/MEGAN G. HEEG
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 15,850.00 |
| Interest Income | 1270-000 | 6.39 |
| **TOTAL GROSS RECEIPTS** | | **$15,856.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,335.55 | 2,335.55 | 2,335.55 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 450.00 | 450.00 | 450.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 106.41 | 106.41 | 106.41 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,891.96 | 2,891.96 | 2,891.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sarasota County Tax Collector | 5200-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company | 7100-000 | N/A | 42,276.00 | 0.00 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,429.00 | 7,571.07 | 7,571.07 | 1,429.39 |
| American Express Centurion Bank | 7100-000 | 16,916.00 | 17,810.97 | 17,810.97 | 3,362.61 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| American Express Centurion Bank | 7100-000 | 32,004.00 | 33,639.61 | 33,639.61 | 6,350.97 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 4,009.00 | 4,190.12 | 4,190.12 | 791.07 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 3,094.00 | 3,264.61 | 3,264.61 | 616.34 |
| Florida Power & Light Co | 7100-000 | 1,249.67 | 1,535.24 | 1,535.24 | 289.84 |
| Recovery Management Systems Corporation | 7100-000 | 656.00 | 657.93 | 657.93 | 124.21 |
| Sarasota County Tax Collector | 7100-000 | unknown | N/A | N/A | 0.00 |
| Martin and Laura Burke | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| City of Sarasota | 7100-000 | 38.42 | N/A | N/A | 0.00 |
| Karrie's Personal Plant Service | 7100-000 | 1,390.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 566,786.09 | 110,945.55 | 68,669.55 | 12,964.43 |

UST Form 101-7-TDR (9/1/2009)

Case 09-70027    Doc 44    Filed 04/22/10    Entered 04/22/10 14:26:59    Desc Main
Document    Page 6 of 11    Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70027  
**Case Name:** BURKE, SEAN  
BURKE, NIKOLE  
**Period Ending:** 04/07/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/06/09 (f)  
**§341(a) Meeting Date:** 02/06/09  
**Claims Bar Date:** 06/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL ESTATE - scheduled | 560,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank of America - checking | 3,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America - money market a/c #002917197020 | 15.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bank of America UTMA account for Ryan C. Burke ( | 350.00 | 0.00 | DA | 0.00 | FA |
| 6 | Bank of America UTMA account for Scott M. Burke | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | American Funds (Nikole L. Burke Custodian) FBO R | 3,551.00 | 0.00 | DA | 0.00 | FA |
| 8 | American Funds (Nikole L. Burke Custodian) FBO S | 2,344.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1900 Andover Lane - Furniture, computers, TV's a | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 10 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | FURS AND JEWELRY | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | camcorder, camera | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Northwestern Mutual account number 16-039-297 - | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Northwestern Mutual account number 16-039-322 Se | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Fidedlity Investments | 7,452.00 | 0.00 | DA | 0.00 | FA |
| 16 | The Kirk Corp. ESOP | 364,548.00 | 0.00 | DA | 0.00 | FA |
| 17 | Pershing LLC a/c# NK1109066 | 8,552.86 | 0.00 | DA | 0.00 | FA |
| 18 | Globe Life Insurance for Shirley Goeringer - ben | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Northwestern Mutual for Sean C. Burke - benefici | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | Northwestern Mutual for Nikole L. Burke, benefic | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | Necedah, WI Jayco Pop Up Camper | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Honda ATV | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2002 Mitsubishi Lancer located at 1323 Cunat Ct. | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Ford Expedition located at 1900 Andover Lane, Cr | 43,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | TAX REFUNDS (u) | 0.00 | 15,850.00 | | 15,850.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.39 | FA |
| 26 | Assets    Totals (Excluding unknown values) | $1,505,032.86 | $15,850.00 | | $15,856.39 | $0.00 |

Printed: 04/07/2010 03:05 PM    V.12.08

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-70027
Case Name: BURKE, SEAN
BURKE, NIKOLE
Period Ending: 04/07/10

Trustee: (330490)  MEGAN G. HEEG
Filed (f) or Converted (c): 01/06/09 (f)
§341(a) Meeting Date: 02/06/09
Claims Bar Date: 06/17/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   July 30, 2009

Current Projected Date Of Final Report (TFR):   October 30, 2009 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-70027  
Case Name: BURKE, SEAN  
BURKE, NIKOLE  
Taxpayer ID #: **-***2096  
Period Ending: 04/07/10  

Trustee: MEGAN G. HEEG (330490)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****84-65 - Money Market Account  
Blanket Bond: $1,500,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/09 | {25} | Nikole Burke | tax refund | 1224-000 | 15,850.00 | | 15,850.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 15,850.30 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,850.94 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 15,851.56 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 15,852.24 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,852.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,853.56 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,854.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,854.84 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,855.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,856.16 |
| 01/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 15,856.39 |
| 01/12/10 | | To Account #********8466 | Distribution | 9999-000 | | 15,856.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,856.39 | 15,856.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,856.39 | |
| | | | Subtotal | | 15,856.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,856.39 | $0.00 | |

{} Asset reference(s)

Printed: 04/07/2010 03:05 PM    V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-70027 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BURKE, SEAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BURKE, NIKOLE | | Account: | \*\*\*-\*\*\*\*\*84-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*2096 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/10 | | From Account #\*\*\*\*\*\*\*\*8465 | Distribution | 9999-000 | 15,856.39 | | 15,856.39 |
| 01/13/10 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $2,335.55, Trustee Compensation; Reference: | 2100-000 | | 2,335.55 | 13,520.84 |
| 01/13/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $450.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 450.00 | 13,070.84 |
| 01/13/10 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $106.41, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 106.41 | 12,964.43 |
| 01/13/10 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 18.87% on $7,571.07; Claim# 2; Filed: $7,571.07; Reference: 5466-1600-2802-9740 | 7100-000 | | 1,429.39 | 11,535.04 |
| 01/13/10 | 105 | American Express Centurion Bank | Dividend paid 18.87% on $17,810.97; Claim# 3; Filed: $17,810.97; Reference: 3713-262000-11005 | 7100-000 | | 3,362.61 | 8,172.43 |
| 01/13/10 | 106 | American Express Centurion Bank | Dividend paid 18.87% on $33,639.61; Claim# 4; Filed: $33,639.61; Reference: 3772-380641-31007 | 7100-000 | | 6,350.97 | 1,821.46 |
| 01/13/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 18.87% on $4,190.12; Claim# 5; Filed: $4,190.12; Reference: 4388931019743520 | 7100-000 | | 791.07 | 1,030.39 |
| 01/13/10 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 18.87% on $3,264.61; Claim# 6; Filed: $3,264.61; Reference: 4319-0400-1054-9347 | 7100-000 | | 616.34 | 414.05 |
| 01/13/10 | 109 | Florida Power & Light Co | Dividend paid 18.87% on $1,535.24; Claim# 7; Filed: $1,535.24; Reference: | 7100-000 | | 289.84 | 124.21 |
| 01/13/10 | 110 | Recovery Management Systems Corporation | Dividend paid 18.87% on $657.93; Claim# 8; Filed: $657.93; Reference: | 7100-000 | | 124.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,856.39 | 15,856.39 | $0.00 |
| | | | Less: Bank Transfers | | 15,856.39 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,856.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15,856.39 | |

{} Asset reference(s)

Printed: 04/07/2010 03:05 PM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-70027 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | BURKE, SEAN | Bank Name: | The Bank of New York Mellon |
| | BURKE, NIKOLE | Account: | 9200-******84-66 - Checking Account |
| Taxpayer ID #: | **-***2096 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/07/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 15,856.39 | 0.00 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 15,856.39 | 0.00 |
| Checking # 9200-*****84-66 | 0.00 | 0.00 | 0.00 |
| | $15,856.39 | $15,856.39 | $0.00 |

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 30, 2010 through February 26, 2010
Account Number: **000312206338465**

### CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**

00017668  802 24 06010 - NNNNN  6 000000000 60 0000
09-70027 BURKE SEAN
BURKE NIKOLE DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY

Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $0.23 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $0.23.



Page 1 of 1